FILED

JUN 24 2004

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASE NO. (SEE ATTACHED LIST)
04 CU 5160

## ORDER OF REASSIGNMENT

Pursuant to the Order of Designation of District Judge to Service in Another District within the Ninth Circuit, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

(1) The attached list of cases shall be and is hereby reassigned to the Honorable James K. Singleton, Jr., United States District Judge for the District of Alaska, for all purposes to conduct such proceedings and enter such orders as may be necessary to bring such cases to final disposition;

(2) The new case number initials for these actions which must follow the case number on all future documents filed with the court is:    **JKS**

(3) The Clerk of the Court shall give notice of such assignment forthwith to all affected parties; and

(4) A copy of this Order shall be filed in each of such reassigned cases.

Dated: *June 24, 2004*

10

DAVID F. LEVI, CHIEF
U.S. DISTRICT COURT JUDGE

| Case Number | Case Name |
| --- | --- |
| Civ. 01-06085 | Huma Base LLC, et al. v. Helena Chemical Co. |
| Civ. 02-05064 | Lion Raisins Inc. v. U.S. Dept. Of Agriculture |
| Civ. 02-05543 | Austin Diversified v. 99 Cents Only Store |
| Civ. 03-05342 | United Health Center, et al., v. Parrish Company |
| Civ. 03-06200 | Western Sierra v. Remediation |
| Civ. 03-06310 | Pence v. Kings Health Medical |
| Civ. 03-06386 | Earth Island, et al., v. Pengilly |
| Civ. 03-06736 | Dunham, et al., v. Warner-Lambert Co. |
| Civ. 03-06763 | Ventures v. Western Growers Assoc. |
| Civ. 03-06833 | DNS Contractors, Inc. v. IE Pacific Inc., |
| Civ. 03-06849 | Air Conditioning v. Buddy's Contracting |
| Civ. 04-05160 | Ideaflood, Inc., v. America's Online |
| Civ. 04-05209 | Persike, et al., v. Pacific Creditors |
| Civ. 04-05379 | Board of Trustees et al., v. RCG Electric, Inc. |
| Civ. 04-05428 | United Van Lines v. Poplack |
| Civ. 04-05429 | Morales v. Five Js Trucking Inc., |
| Civ. 04-05475 | U.S.A. v. Martinez |
| Civ. 04-05498 | Lumbermens Mutual v. Gill |
| Civ. 04-05527 | Eby v. Calif. Dept of Youth |
| Civ. 04-05548 | Board of Trustees et al., v. Boyle |

```
              United States District Court
                      for the
              Eastern District of California
                     June 29, 2004
```

## * * CERTIFICATE OF SERVICE * *

1:04-cv-05160

Ideaflood, Inc

v.

America's Online

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 29, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

> Gary Stephen Shuster
> Ideafood, Inc.
> Legal Department
> 1340 Van Ness
> Fresno, CA  93721

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk