FILED

2005 JUL 26 P 2: 43

CLERK. US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

1 Ideaflood, Inc. Legal Dept.
  Gary S. Shuster (SBN 162379)
2 1340 Van Ness
  Fresno, CA  93721
3 559-268-6355 (voice)
  559-272-2222 (facsimile)
4 gary@shuster.com (email)

5 Attorney for Plaintiff
  Ideaflood, Inc.
6

LODGED
JUL 2 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 IDEAFLOOD, INC.,              )   Case No. F-04-5160 REC DLB
                                 )
11     A Nevada Corporation,     )   REQUEST FOR DISMISSAL
                                 )   WITHOUT PREJUDICE
12                  Plaintiff,   )
                                 )
13     v.                        )
                                 )
14 AMERICA'S ONLINE CASINO, et   )
15 al.                           )
                                 )
16              Defendants.      )
                                 )
17 _____  )

18

19 Plaintiff, having been unable to effectuate service of the

20 complaint on Defendants, hereby respectfully requests that the

21 Court dismiss the case as against all Defendants without prejudice.

22

23 Dated: July 25, 2005

24

25

26                                    By: _____
   It is so Ordered. Dated: July 26 05     Gary S. Shuster
27
                                          Attorneys for Plaintiff
28 _____
   United States District Judge